```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Justin Laundry

    v.                                                Case No. 22-cv-00185-AJ

Peddinghaus Corporation et al.


<u>JUDGMENT</u>

In accordance with the court's order dated July 24, 2024, signed by U.S. Magistrate Judge Andrea K. Johnstone and the Stipulation of Dismissal filed on March 4, 2025, judgment is hereby entered.

'

                                                        By the Court:

                                                        _____
                                                        Daniel J. Lynch
                                                        Clerk of Court


Date: March 5, 2025

cc: All Counsel of Record